IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 21 P 3 29

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO.: CR297-16 |
| v. ) | |
| ) | |
| JOSEPH FITZGERALD HART, ) | |
| ALFONSO LEON HART, ) | |
| DANIEL LEE BRADLEY, JR., and ) | |
| LEON BRADLEY ) | |

## ORDER

The United States Probation Office presented the Court with a Petition for Warrant, alleging that Alfonso Leon Hart (Hart) violated the terms of his supervised release. The Court authorized the issuance of a warrant and Hart surrendered himself to the custody of the United States Marshal on December 21, 2006. On that date, the undersigned conducted an Initial Appearance for Defendant Hart.

IT IS HEREBY ORDERED that Defendant Hart shall be released from the custody of the United States Marshal at this time. Defendant Hart shall surrender to the custody of the United States Marshal in Brunswick, Georgia, by 12:00 noon on December 27, 2006.

**SO ORDERED**, this 21st day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)